**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUL 1 0 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 13-30155 DRH |
| vs. | ) |
| MICHAEL E. MAYS and BRIAN D. ADAMS, | ) Title 18, United States Code, Sections 1347 and 1035 |
| Defendants, | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. **MICHAEL MAYS** and **BRIAN ADAMS** defrauded the State of Illinois Medicaid Home Services program by falsely claiming and taking payments for personal assistant services not actually performed. The State of Illinois pays a personal assistant hourly wages for performance of services for a qualified beneficiary, like **MICHAEL MAYS**. The qualified beneficiary must have a written Employment Agreement with the personal assistant and a Service Plan listing all services to be provided. In order for the personal assistant to receive payment from the State of Illinois, the beneficiary must submit a Home Services Time Sheet form listing the hours worked by the personal assistant and signed by both the beneficiary and personal assistant.

2. The Home Services Program is a Medicaid Waiver Program designed to provide a disabled individual who with assistance in performing daily living activities in the home would not require similar care in a nursing home. The Illinois Department of Human Services, Division of Rehabilitation Services (DORS) administers the program. Medicaid Waiver programs enable states to

use both state and federal Medicaid funds to pay for services related to medical care that would not ordinarily be covered under Medicaid.

    3.    On February 11, 2012, **MICHAEL MAYS** completed an Employment Agreement with **BRIAN ADAMS** as her Personal Assistant (PA).

    4.    On June 21, 2011 **MICHAEL MAYS** completed a Home Services Program (HSP) Application and Redetermination of Eligibility Agreement acknowledging his awareness of the following:

- *I understand that if misrepresentation or fraud occurs while I am receiving HSP, it will be investigated and legal action including criminal prosecution may be taken against those committing the act.*
- *Only the approved hours actually worked by the PA are submitted for payment.*
- *The worker and I will review the Time Sheet for accuracy of all information.*

    5.    On or about May 15, 2012, in furtherance of a scheme to defraud the Medicaid Home Services Program for the State of Illinois, **MICHAEL MAYS** and **BRIAN ADAMS** submitted a Home Services Time Sheet stating that **BRIAN ADAMS** performed 2.0 hours of personal assistant services from 4:00 p.m. until 6:00 p.m. on May 6, 2012; 4.0 hours of personal assistant services from 10:00 a.m. until 12:00 p.m. and 4:00 p.m. until 6:00 p.m. on May 7, 2012; 2.0 hours of personal assistant services from 9:00 a.m. until 11:00 a.m. on May 8, 2012; 2.0 hours of personal assistant services from 4:00 p.m. until 6:00 p.m. on May 9, 2012; 4.0 hours of personal assistant services from 1:00 p.m. until 5:00 p.m. on May 13, 2012; 1.0 hours of personal assistant services from 10:00 a.m. until 11:00 a.m. on May 14, 2012; and 2.0 hours of personal assistant services from 9:00 a.m. until

2

11:00 a.m. on May 15, 2012. As both defendants knew, **BRIAN ADAMS** did not perform personal assistant services on the dates and times as claimed on the Home Services Time Sheet.

## Count 1
## Health Care Fraud

6. Paragraphs 1 through 5 are re-alleged and incorporated in Count 1.

7. From on or about May 1, 2012, through on or about May 15, 2012, in Marion County, within the Southern District of Illinois,

**MICHAEL MAYS** and
**BRIAN ADAM,**

defendants herein, did knowingly and willfully execute a scheme to defraud a health care benefit program, namely Medicaid, in connection with the delivery of and payment for health care benefits and services by submitting time sheets and receiving payment for personal assistant services not performed, in violation of Title 18 United States Code, Section 1347.

## Count 2
## False Statements in connection with a Health Care Benefit Program

8. Paragraphs 1 through 5 are re-alleged and incorporated in Count 2.

9. On or about May 15, 2012, in Marion County, within the Southern District of Illinois,

**MICHAEL MAYS** and
**BRIAN ADAMS,**

defendants herein, in a matter involving Medicaid, a health care benefit program, did knowingly and willfully make a materially false statement in connection with the delivery of and payment for health care services by reporting on a Home Services Time Sheet sent to the Illinois Department of Human Services, Office of Rehabilitation Services that **BRIAN ADAMS**

3

performed hours of personal assistant work for **MICHAEL MAYS** from May 1st through May 15th 2012, even though the defendants knew that **BRIAN ADAMS** did not perform the personal assistant services for **MICHAEL MAYS,** as reported on the time sheet; in violation of Title 18, United States Code, Section 1035.

_____
MICHAEL J. QUINLEY
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney
Recommended Bond: $10,000 unsecured