IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN D. ADAMS,

Defendant.                                                No. 13-30155-DRH

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Philip M. Frazier for the specific purpose of conducting a change of plea for defendant Adams pursuant to 28 U.S.C. § 636 and LOCAL RULE 72.1(b)(2) (Doc. 42). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on November 18, 2013 (Doc. 41). During the change of plea, defendant Adams pled guilty to Counts 1 and 2 of the Indictment, following a thorough colloquy with Judge Frazier. Thereafter, Judge Frazier issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 45).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the

magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Adams*, that defendant Adams was fully competent and capable of entering an informed plea, that defendant Adams was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Adams **GUILTY** on Counts 1 and 2 of the Indictment. The Court **REMINDS** the parties that this matter for sentencing on March 14, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 6th day of December, 2013.

Digitally signed by David R. Herndon
Date: 2013.12.06 13:44:09 -06'00'

**Chief Judge
United States District Court**